## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **MARY E. WADE** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **LIFETIME FITNESS PERSONAL TRAINING, INC. d/b/a "LIFETIME FITNESS"** | **CASE NO: 12-2386-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on November 15, 2013, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 11/19/2013

                                        THOMAS M. GOULD
                                        Clerk of Court


                                        s/Terry L. Haley
                                       (By)  Deputy Clerk